IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WHITNEY BANK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-2164 |
| § | |
| RICHARD HANCOCK, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

In its memorandum and opinion of today's date, this court granted summary judgment in favor of Whitney Bank on all of its claims. The parties are ordered to submit to the court a proposed final judgment by April 19, 2013.

SIGNED on April 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge